

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00113-CR

_____

JOSHUA LEE CARR, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Red River County, Texas
Trial Court No. CR02446

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Joshua Lee Carr pled guilty to and was convicted of credit card abuse of the elderly.[1] Following a bench trial on punishment, the trial court sentenced Carr to ten years' imprisonment and ordered him to pay $175.00 in restitution. On appeal, Carr argues that the trial court's restitution award is not supported by the evidence and that $150.76 is the proper amount of restitution.

The record reflects, and the State concedes, that the amount of restitution should be $150.76. Accordingly, we modify the judgment to reflect $150.76 as the amount of restitution and affirm the judgment, as modified. *See* TEX. R. APP. P 43.2(b).

Bailey C. Moseley
Justice

Date Submitted:     October 26, 2016
Date Decided:       October 27, 2016

Do Not Publish

---

[1]*See* TEX. PENAL CODE ANN. § 32.31(d) (West 2011).